

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00041-CR

Shawn Leonard **ELAHEE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. CCL-15-0618
Honorable Frank Follis, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 14, 2016.

Marialyn Barnard, Justice